UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS, et al., | 1:13-cv-00345-AWI-MJS |
| Plaintiffs, | NEW CASE NUMBER: |
| v. | **1:13-cv-00345-MJS** |
| D. CABRAL, et al, | **ORDER REASSIGNING CASE** |
| Defendants. | |

All parties having executed consent forms, it is ordered that this matter be assigned to the docket of United States Magistrate Judge Michael J. Seng, for all purposes including trial and entry of Judgment.

To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents.

**1:13-cv-00345-MJS**

IT IS SO ORDERED.

Dated:   September 24, 2015

SENIOR  DISTRICT  JUDGE

1