UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>D. CABRAL, et al.,<br><br>　　　　Defendants. | 1:13-cv-00345-EPG (PC)<br><br>NOTICE OF TELEPHONIC TRIAL CONFIRMATION HEARING BEFORE MAGISTRATE JUDGE ERICA P. GROJEAN<br><br>**February 18, 2016 at 10:00 a.m.<br>in Courtroom 10 (EPG)** |

**PLEASE TAKE NOTICE**

　　　On January 7, 2016, this case was reassigned from Magistrate Judge Michael J. Seng to Magistrate Judge Erica P. Grosjean for all further proceedings, including presiding at trial and entry of final judgment. (ECF No. 92.) Due to this reassignment, the Court issues this scheduling order.

　　　This case is now scheduled for a telephonic trial confirmation hearing before Magistrate Judge Erica P. Grosjean on Thursday, **February 18, 2016 at 10:00 a.m. in Courtroom 10 (EPG).** Please note the time change.

　　　Additionally, the Court is not available on May 10, 2016 for trial. The Court is available the prior week, May 3, 2016, at 8:30 a.m. The Court will reserve that date for trial, subject to confirmation at the telephonic trial confirmation hearing.

Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic hearing and to initiate the telephonic hearing at **(559) 499-5960**.

IT IS SO ORDERED.

    Dated: **January 20, 2016**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE