# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>      Plaintiff,<br><br>  vs.<br><br>R. BRATTON and<br><br>D. CABRAL,<br><br>      Defendants. | 1:13-cv-00345-EPG-PC<br><br>ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL MOTION IN LIMINE FOR LACK OF SIGNATURE, WITHOUT PREJUDICE TO RENEWAL OF THE MOTION BEARING PLAINTIFF'S SIGNATURE WITHIN TWENTY DAYS (ECF No. 101.) |

Steven R. Edwards ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for trial on May 3, 2016 at 8:30 a.m.

On March 9, 2016, Plaintiff filed a Supplemental Motion in Limine.  (ECF No. 101.) The Supplemental Motion in Limine is not signed by Plaintiff.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's Supplemental Motion in Limine shall be stricken from the record, without prejudice to renewal of the Supplemental Motion.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Supplemental Motion in Limine, filed on March 9, 2016, is STRICKEN from the record for lack of signature, without

1  prejudice to renewal of the motion bearing Plaintiff's signature, within twenty days of the date
2  of service of this order.

3
4  IT IS SO ORDERED.

5    Dated:  __**March 21, 2016**__              /s/ _Erica P. Gross_

6                                              UNITED STATES MAGISTRATE JUDGE