# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>   Plaintiff,<br><br>vs.<br><br>R. BRATTON and<br><br>D. CABRAL,<br><br>   Defendants. | 1:13-cv-00345-EPG-PC<br><br>NOTICE OF LETTER TO COURT FROM DEFENSE COUNSEL<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE THIS NOTICE, WITH ATTACHED LETTER, UPON ALL PARTIES TO THIS ACTION |

Steven R. Edwards ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case is scheduled for trial on May 3, 2016 at 8:30 a.m.

On February 18, 2016, a telephonic Trial Confirmation Hearing was held in this case before Magistrate Judge Erica P. Grosjean.  During the hearing, the Court directed defense counsel, R. Lawrence Bragg, to inquire into the employment status of Plaintiff's medical providers Wilson and Berard.  Attached is defense counsel's letter, dated March 3, 2016, in response to the Court's directive.

The Court HEREBY DIRECTS the Clerk of Court to serve this notice, with the attached letter, upon the parties to this action.

IT IS SO ORDERED.

   Dated:   **March 21, 2016**                         /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE