UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>                 Plaintiff,<br>v.<br><br>D. CABRAL, et al.,<br><br>                 Defendants. | 1:13-cv-00345-EPG  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT VANALBERT SIEGRIST, CDCR # T-23316, WITNESS FOR PLAINTIFF<br><br>**DATE: May 3, 2016**<br>**TIME:  8:30 a.m.** |

      VanAlbert Siegrist, inmate, CDCR # T-23316, a necessary and material witness in proceedings in this case on May 3, 2016, is confined at Kern Valley State Prison, 3000 West Cecil Ave., Delano, CA 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus *ad Testificandum* issue commanding the custodian to produce the inmate to testify at trial in Courtroom #10, 6th Floor, at the United States District Court, 2500 Tulare Street, Fresno, California  93721 on **May 3, 2016, at 8:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus *ad Testificandum* issue, under the seal of this Court, commanding the Warden to produce the inmate named above to testify at the United States District Court at the time and place above, and from day to day until completion of Court proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the Court of any change in custody of this inmate **and is ordered to provide the new custodian with a copy of this writ.**

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:    The Warden of Kern Valley State Prison, 3000 West Cecil Ave., Delano, CA 93216

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of trial, or as ordered by the Court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated:  **March 30, 2016**  /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE