UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>          Plaintiff,<br><br>     vs.<br><br>R. BRATTON and<br><br>D. CABRAL,<br><br>          Defendants. | 1:13-cv-00345-EPG-PC<br><br>ORDER FOR DEFENDANTS TO FILE A REPORT NO LATER THAN APRIL 26, 2016 TO NOTIFY THE COURT REGARDING THE STATUS OF SETTLEMENT NEGOTIATIONS<br><br><u>Jury Trial</u>:  May 3, 2016 at 8:30 a.m.<br>          Courtroom 10 (EPG) |

Plaintiff Steven R. Edwards, state prisoner, is proceeding *pro se* with this civil rights action filed on March 11, 2013, pursuant to 42 U.S.C. § 1983.

At the telephonic status conference for this case held on April 5, 2016, the parties indicated willingness to discuss with each other the possibility of settlement. Defendants subsequently notified the Court that they did not request a settlement conference but may pursue settlement negotiations directly with Plaintiff.

This case is scheduled for trial on May 3, 2016.  Due to the imminence of trial, Defendants are requested to file a brief status report no later than April 26, 2016, notifying the Court of the status of any settlement negotiations.  The status report should not include any information about the positions of the parties or content of any settlement negotiations.

1  Accordingly, IT IS HEREBY ORDERED that Defendants shall file a status report no
2  later than April 26, 2016, on the status of settlement negotiations, if any.

3
4  IT IS SO ORDERED.

5     Dated:   **April 21, 2016**                    /s/ Erica P. Grosjean
6                                                   UNITED STATES MAGISTRATE JUDGE