UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>D. CABRAL, et al.,<br><br>　　　　Defendants. | 1:13-cv-00345-EPG-PC<br><br>ORDER VACATING MARCH 31, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE STEVEN EDWARDS AND HIS LEGAL PROPERTY TO TRIAL ON MAY 3, 2016<br>(ECF No. 115.)<br><br>Steven R. Edwards, CDCR# V-13645 |

　　　　On March 31, 2016, the Court issued an order and Writ of Habeas Corpus *ad Testificandum* to transport Plaintiff Steven R. Edwards, commanding the Warden of the California Substance Abuse Treatment Facility in Corcoran, California, to produce California prisoner Steven R. Edwards, CDCR# V-13645 to Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **May 3, 2016, at 8:30 a.m.** to attend the trial for this action. (ECF No. 115.)

　　　　The Court received notice on April 21, 2016 that this case has settled. (ECF No. 124.) Due to settlement of the case, the trial is vacated, and inmate witness Steven R. Edwards, CDCR# V-13645 is no longer needed by the Court as a witness at the trial.

**ACCORDINGLY, IT IS ORDERED** that the Court's order of March 31, 2016, ordering that a Writ of Habeas Corpus *ad Testificandum* issue, and the Writ of Habeas Corpus *ad Testificandum* issued on March 31, 2016, commanding the production of inmate Steven R. Edwards, CDCR# V-13645, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated: **April 22, 2016**            /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE