UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. EDWARDS,<br><br>        Plaintiff,<br><br>  vs.<br><br>D. CABRAL, et al.,<br><br>        Defendants. | 1:13-cv-00345-EPG-PC<br><br>ORDER VACATING MARCH 31, 2016 ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE WITNESS VANALBERT SIEGRIST TO TRIAL ON MAY 3, 2016<br>(ECF No. 116.)<br><br>VanAlbert Siegrist, CDCR# T-23316 |

      On March 31, 2016, the Court issued an order and Writ of Habeas Corpus *ad Testificandum* to transport VanAlbert Siegrist, commanding the Warden of Kern Valley State Prison in Delano, California, to produce California prisoner VanAlbert Siegrist, CDCR# T-23316 to Courtroom #10, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on **May 3, 2016, at 8:30 a.m.** to testify at the trial for this action. (ECF No. 116.)

      The Court received notice on April 21, 2016 that this case has settled. (ECF No. 124.) Due to settlement of the case, the trial is vacated, and inmate witness VanAlbert Siegrist, CDCR# T-23316 is no longer needed by the Court as a witness at the trial.

**ACCORDINGLY, IT IS ORDERED** that the Court's order of March 31, 2016, ordering that a Writ of Habeas Corpus *ad Testificandum* issue, and the Writ of Habeas Corpus *ad Testificandum* issued on March 31, 2016, commanding the production of inmate VanAlbert Siegrist, CDCR# T-23316, **ARE HEREBY VACATED**.

IT IS SO ORDERED.

Dated:   **April 22, 2016**             /s/ Erica P. Grosjean
                                                     UNITED STATES MAGISTRATE JUDGE